UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| TED ROBERTS,<br><br>             Plaintiff,<br><br>   -vs-<br><br>FEARLESS FARRIS SERVICE STATIONS, INC., an Idaho Corporation; THE FEARLESS FARRIS SERVICE STATION, INC. DEFERRED COMPENSATION PLAN, FARRIS S. LIND, KENT F. LIND, H. KENT JOHNSON, CHARLEY JONES, and SHAWN DAVIS, individually and as Present or Former Administrators and Fiduciaries of the Fearless Farris Service Stations, Inc.<br><br>             Defendants. | NO.   CIV 05-472-S-WFN<br><br>SATISFACTION OF JUDGMENT (Dkt. No. 117) AND AMENDED JUDGMENT (Dkt. No. 166) |

This matter having come before the Court pursuant to the Plaintiff and Plaintiff's attorneys' written acknowledgment that the Judgment (Dkt. No. 117) and Amended Judgment (Dkt. No. 166), have been fully satisfied (Dkt. No. 178), and the Court being otherwise fully advised,

Pursuant to Local Rule 58.2 of the Local Rules of the United States District Court for the District of Idaho, satisfaction of the Judgment (Dkt. No. 117) and Amended Judgment (Dkt. No. 166) entered herein be and the same hereby are deemed to be **FULLY SATISFIED**.

The Clerk of Court is directed to file this Satisfaction of Judgment and provide copies to counsel.

**DATED** this 12th day of May, 2009.

                                                          s/ Wm. Fremming Nielsen
                                                       WM. FREMMING NIELSEN
05-12                                            SENIOR UNITED STATES DISTRICT JUDGE

SATISFACTION OF JUDGMENT
AND AMENDED JUDGMENT